UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KANIKA GHAI DECLARATION
OF TRUST, VIKEK GHAI, and
KANIKA GHAI,

    Plaintiffs,

v.                                      Case No.:  2:24-cv-567-SPC-DNF

AMERICAN BANKERS
INSURANCE COMPANY OF
FLORIDA,

    Defendant.

## **OPINION AND ORDER**

In this flood insurance case under the National Flood Insurance Program ("NFIP"), the Court granted Defendant American Bankers Insurance Company of Florida's motion for summary judgment because Plaintiffs Kanika Ghai Declaration of Trust, Vivek Ghai, and Kanika Ghai failed to file this case within the one-year statute of limitations.  (Doc. 35).  Plaintiffs now seek reconsideration of that Order.  (Doc. 39).

Reconsideration of a prior order is an extraordinary measure that should be applied sparingly.  *Adams v. Beoneman*, 335 F.R.D. 452, 454 (M.D. Fla. 2020).  Court orders are not intended as first drafts subject to revisions at a litigant's pleasure, so a movant must establish extraordinary circumstances

supporting reconsideration. *Gold Cross EMS, Inc. v. Children's Hosp. of Ala.*, 108 F. Supp. 3d 1376, 1384 (S.D. Ga. 2015). "A motion for reconsideration should raise new issues, not merely readdress issues previously litigated." *PaineWebber Income Props. v. Mobil Oil Corp.*, 902 F. Supp. 1514, 1521 (M.D. Fla. 1995).

Plaintiffs' motion simply rehashes an argument they previously raised regarding an omitted "critical" sentence from Defendant's denial letter. The Court already rejected this argument. (Doc. 35 at 9–10). They cannot use a motion for reconsideration merely to relitigate an issue the Court already decided. Because they present no extraordinary circumstances warranting reconsideration, the Court denies Plaintiffs' motion.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motion for Reconsideration (Doc. 39) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on October 17, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record